## ANDERSON vs. FREEMAN.

The facts in this case are substantially what they were in the case when it was here before, (75 Ga. 93,) and the ruling in that case governs this. Under the facts of this case, as disclosed in the record, the plaintiff is not entitled to recover against the defendant, and a new trial should have been granted.
Judgment reversed.

November 12, 1887.

SIMMONS, Justice.

## JONES vs. COOPER.*

Where the testimony is conflicting and no errors of law appear, and the presiding judge is satisfied with the verdict, this court will not interfere.
Judgment affirmed.   (Head-note by the court.)

January 27, 1888.

LUMPKIN, Judge.

---

*SIMMONS, J., being disqualified, Judge LUMPKIN, of the Northern circuit, was designated to preside in his stead.